UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61455-CIV-SMITH

GUERLINE EDOUARD,

    Plaintiff,

v.

TRI-STATE ADJUSTMENTS INC.,

    Defendant.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the Notice of Pending Settlement [DE 5] filed on August 24, 2020, which indicates the parties have settled this case. Accordingly, it is

**ORDERED** that:

1) the parties shall file appropriate dismissal papers with the Court no later than **September 30, 2020**.

2) All pending motions not otherwise ruled on are **DENIED AS MOOT**.

3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of August 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE